**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

David Allen Lowe
Attorney at Law
5555 Hilton Ave., Suite 205
Baton Rouge LA 70808

**REHEARING ACTION: April 20, 2011**

**Docket Number: 10   01163-CA**

**TTV, LLC**
**VERSUS**
**DAVID B. SIMMONS, ET AL.**

**Appealed from Lafayette Parish Case No. C-20075954**

**BEFORE JUDGES:**

    **Hon. John D. Saunders**
    **Hon. Oswald A. Decuir**
    **Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David B. Simmons** has this day been

    **DENIED.**

cc: Lamont Paul Domingue, Counsel for the Appellant
    Hoai T. Hoang, Counsel for the Appellant